UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:    **EDWARD J. SASSER**                                            Case No.  **09-30786-DOT**
                    Debtor(s)                                                                      Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250.00**.**

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **08/6/2010**.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
2800 N. Parham Rd. Suite 100
Richmond, VA 23294
Tel: (804)308-0051

Certificate of Service

I certify that on **11/17/2010**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Richard J Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:         **EDWARD J. SASSER**              Case No.   **09-30786-DOT**
               Debtor(s)                         Chapter 13

NOTICE OF MOTION

    Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $250.00 in connection with the filing of a post-confirmation modified plan. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

    **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **12/1/2010** you or your attorney must:

    File a written objection and a copy with the Court at:

    United States Bankruptcy Court
    701 E. Broad Street
    Richmond, VA 23219

    You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
    Address of attorney for the Debtor(s):     Richard J. Oulton
                                                2800 N. Parham Rd. Suite 100.
                                                Richmond, VA 23294
                                                Tel: (804)308-0051

    Address of Chapter 13 Trustee:
    Robert E. Hyman, P.O. Box 1780, Richmond, VA 23219-1780

    Attend a hearing which will be scheduled at a later date. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

**11/17/2010**                                   /s/ Richard J. Oulton
                                                 Richard J. Oulton (VSB#29640)
                                                 Attorney for Debtor
                                                 2800 N. Parham Rd. !00
                                                 Richmond, VA 23294
                                                 Tel: (804)308-0051

## PROOF OF SERVICE

The undersigned hereby certifies that on **11/17/2010,** the foregoing Notice was served electronically and/or by first class mail, postage prepaid, to the parties on the attached matrix.

/s/ Richard J. Oulton
**Service Matrix:**              Richard J. Oulton

**NAME AND ADDRESS OF TRUSTEES**
Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819

**EDWARD J. SASSER**
Debtor
**DEBTOR'SADDRESS**
**19612 Woodpecker Road**
**Petersburg, VA  23803**

**NAME AND ADDRESSES OF CREDITORS**

**1st Advant**
12891 Jefferson Av
Newport News, VA 23609-0000

**1st Advantage Federal Credit Union**
PO Box 2116
Newport News, VA 23609-0116

**AEGIS**
PO Box 10908
San Rafael, CA 94912-0908

**Aegis Receivabes Management**
PO Box 10908
San Rafael, CA 94912-0000

**American Express Centurion Bank**
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

**Amex**
P.O. Box 981537
El Paso, TX 79998-0000

**Bk Of Amer**
4060 Ogletown/Stan
Newark, DE 19713-0000

**Chase**
Bank One Card Serv
Westerville, OH 43081-0000

**Chase**
800 Brooksedge Blv
Westerville, OH 43081-0000

**Comcast**

**FIA CARD SERVICES, N.A.**
ATTN. MR. BK
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713

**Fia Csna**
4060 Ogletown/Stan
Newark, DE 19713-0000

**Gemb/Jcp**
Po Box 981402
El Paso, TX 79998-0000

**Gemb/S&K Brd**
Po Box 981439
El Paso, TX 79998-0000

**Harrah's**
attn: Casino Accounting
PO Box 1853
Atlantic City, NJ 08404-0000

**Hsbc/Nthrn**
Pob 15521
Wilmington, DE 19805-0000

**Internal Revenue Service**
PO Box 21125
Philadelphia, PA 19114

**Internal Revenue Service**
P O Box 21126
Philadelphia PA 19114

**Kohls/Chase**
N56 W17000 Ridge
Menomonee Fall, WI 53051-0000

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk VA 23541

**PRA Receivables Management, LLC**
As agent of Portfolio Recovery Assocs.
PO Box 41067
Norfolk VA 23541

**Roundup Funding, LLC**
MS 550
PO Box 91121
Seattle, WA 98111-9221

**Sears/Cbsd**
701 East 60th St N
Sioux Falls, SD 57117-0000

**SunTrust Bank**
Attn: Support Services
PO Box 85092
Richmond, VA 23286

**Suntrust Bk**
6101 Chancellor Dr
Orlando, FL 32809-0000

**Thd/Cbsd**
Po Box 6497
Sioux Falls, SD 57117-0000

**Verizon**
600 E Main Street
Richmond, VA 23219-0000

**Wachov/Ftu**
Po Box 3117
Winston Salem, NC 27102-0000

**Wachovia**
PO Box 3117
Winston Salem, NC 27102-0000

**WACHOVIA BANK NATIONAL ASSOCIATION**
BANKRUPTCY DEPT VA7359
P.O. BOX 13765
ROANOKE, VA 24037

**WACHOVIA CARD SERVICES**
BANKRUPTCY DEPT VA7359
P.O. BOX 13765
ROANOKE, VA 24037

**Wachovia Cc**
Po Box 3117
Winston Salem, NC 27102-0000

**Wlsfgr Hmmtg**
7255 Baymeadows Wa
Jacksonville, FL 32256-0000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:    **EDWARD J. SASSER**              Case No.   **09-30786-DOT**
          Debtor(s)                                     Chapter 13

**PROPOSED ORDER APPROVING ATTORNEY COMPENSATION**

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $250.00 in connection with the filing of a post-confirmation modified plan. There being no objection filed to the application for compensation in this matter to date in the amount of $250.00 and that the Chapter 13 trustee,**Carl M. Bates,** is authorized to pay an additional $250.00 to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

By_____
       Judge

Notice of Order Entered on Docket
_____

I ask for this:
/s/ Richard J. Oulton
Richard J. Oulton, VSB# 29640, Counsel for Debtor
2800 N. Parham Rd. Suite 100
Richmond, VA 23294
Tel: (804)308-0051
Fax: 804-308-0053

Seen and agreed

_____
**Carl M. Bates**

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/Richard J. Oulton
Richard J. Oulton

Please send a copy of this Order to:

**NAME AND ADDRESS OF TRUSTEES**
Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819

**EDWARD J. SASSER**
Debtor
**DEBTOR'SADDRESS**
**19612 Woodpecker Road**
**Petersburg, VA  23803**